(Post 11/2015)


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

vs.      NO. 4:17-CR-00312-01 DPM

JAVIEN COLIN-FLORES      DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1)      Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2)      Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

03-15-2018
Date

Javier Colin
Defendant's Signature

3/20/18
Date

_____
Counsel for Defendant's Signature

## ORDER OF COURT

☒      The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐      The defendant's request to waive appearance at the arraignment is hereby DENIED.

3/20/18
Date

_____
Judicial Officer

cc:      All Counsel of Record
U.S. Probation Office
U.S. Marshals Service
Presiding Magistrate Judge